In the Matter of the Estate of EDWARD W. BROWNING, Deceased.

TITLE GUARANTEE AND TRUST COMPANY, as Executor of EDWARD W. BROWNING, Deceased, Appellant.

ALEX P. WATTS et al., Respondents.

Submitted April 8, 1940; decided April 16, 1940.

*Benjamin Esberg* for motion.
*William T. Griffin* opposed.

Motion granted and appeal dismissed, with costs and ten dollars cost of motion, on the ground the order is not final.